IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00338-WDM-MJW

CHRISTOPHER J. VALDERAS,

Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Protective Order (Confidentiality Agreement) (docket no. 29) is approved and made an Order of Court. See signed Stipulated Confidentiality Agreement and Order dated July 26, 2005.

Date: July 26, 2005