IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00338-WDM-MJW

CHRISTOPHER J. VALDERAS,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Plaintiff's Motion to File Plaintiff's Motion for Partial Summary Judgment Under Seal, filed with the Court on December 5, 2005, (Docket No. 48), is GRANTED.

Date: December 12, 2005