IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-00338-WDM-MJW

CHRISTOPHER J. VALDERAS,

    Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant(s).
_____

**ORDER**
_____

There being no motion to reopen filed in this case since the administrative closure September 29, 2006, and upon consideration of the defendant's Motion to Dismiss filed October 12, 2007, it is now ordered that the complaint and this action are dismissed without prejudice.

DATED at Denver, Colorado, on November 1, 2007.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States District Judge